COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-15-00681-CV

Style:     Chi Truc Hoang v. Trevor Gilbert and Jorja Gilbert

Date motion filed:     September 9, 2015

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated August 28, 2015.

Judge's signature: /s/ Laura Carter Higley
               x Acting individually

Date:  September 15, 2015

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* Tex. R. App. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. Tex. R. App. P. 10.4(a).